EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re:<br><br>    Conferencia Judicial de<br>    Puerto Rico | 2002 TSPR 18<br><br>156 DPR \_\_\_\_ |

Número del Caso: EC-2002-01

Fecha: 12/febrero/2002

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

| | |
|---|---|
| Conferencia Judicial de Puerto Rico | Señalamiento para la Vigésima Segunda Sesión Ordinaria de la Conferencia Judicial de Puerto Rico los días 2 y 3 de mayo de 2002 |

CONVOCATORIA

San Juan, Puerto Rico, a 12 de febrero de 2002

**Por la presente se convoca a los jueces y a las juezas del Tribunal General de Justicia y a las personas que son miembros de la Conferencia Judicial, a la Vigésima Segunda Sesión Ordinaria de la Conferencia Judicial, a celebrarse los días 2 y 3 de mayo de 2002, en el Hotel Caribe Hilton.**

Durante las sesiones de ambos días se discutirán las recomendaciones del Informe presentado por la Comisión Futurista de los Tribunales y el Plan Estratégico desde la perspectiva de la responsabilidad y el rol fundamental de la Rama Judicial de garantizar el acceso a la justicia de la ciudadanía. A tales fines, la Conferencia Judicial se celebrará simultáneamente con el Primer Congreso de Acceso a la Justicia en Puerto Rico. Oportunamente el Tribunal anunciará la agenda para los trabajos de la Conferencia Judicial.

Los Jueces Administradores y las Juezas Administradoras, en consulta con sus compañeros y compañeras magistrados, tomarán las medidas necesarias para que el mayor número de éstos o éstas pueda asistir a la Conferencia Judicial, sin afectar los calendarios de asuntos urgentes que deban ser atendidos durante estos días. Además, se tomarán las medidas de rigor para que las labores de investigación y de determinación de

causa probable sean atendidas adecuadamente. El sistema de turnos correspondientes a este período será notificado con suficiente antelación a los y las Fiscales de Distrito y a las Comandancias de Zona de la Policía.

Se coordinará con la Directora Administrativa de los Tribunales, la implantación de las medidas que sean necesarias, a los fines de cumplir con lo dispuesto en el párrafo precedente.

Se instruye a la Directora del Secretariado de la Conferencia Judicial a iniciar los trabajos de planificación y coordinación necesarios para esta Conferencia.

Publíquese.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo Interina.

Carmen E. Cruz Rivera
Secretaria del Tribunal Supremo Interina